UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SHALYNN J. THROW,<br>      Plaintiff, | )<br>)<br>) |
| v. | )   CAUSE NO.: 3:21-CV-170-JPK<br>) |
| KILOLO KIJAKAZI, Acting Commissioner of<br>Social Security Administration,<br>      Defendant. | )<br>)<br>) |

## ORDER

This matter is before the Court on a Motion for Attorney Fees [DE 21]. Plaintiff requests entry of an order awarding $10,254.51 in attorney fees and expenses pursuant to the Equal Access to Justice Act ("EAJA"). The Commissioner does not object to the amount requested.

Having reviewed the motion and noting the lack of objection, the Court hereby **GRANTS** the relief requested in the Motion for Attorney Fees [DE 21] and **ORDERS** that Plaintiff is awarded $10,254.51 in attorney fees and expenses, in full satisfaction of all claims under the Equal Access to Justice Act, 28 U.S.C. § 2412. Any fees paid belong to Plaintiff and not Plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to offset, Defendant will direct that the award be made payable to **Jennifer L. Fisher** pursuant to the EAJA assignment duly signed by Plaintiff. If payment is mailed, rather than electronically deposited, it shall be mailed to counsel's address of record: **Law Office of Jennifer L Fisher, 1110 Alston St, PO Box 411, Marysville, KS 66508**.

So ORDERED this 25th day of January, 2023.

                                                        s/ Joshua P. Kolar
                                                        MAGISTRATE JUDGE JOSHUA P. KOLAR
                                                        UNITED STATES DISTRICT COURT